UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT E. EGGMANN, *in his capacity as Trustee of the Estate of Joseph W. Diekemper and Margaret A. Diekemper*,<br><br>           Plaintiff,<br><br>      v.<br><br>JAMES RICHARD MYERS, *et al*.,<br><br>           Defendants. | Civil Case No. 08-cv-757-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Robert Eggmann's Reply (Doc. 106) brief with respect to his Motion in Limine (Doc. 96).

It has come to the Court's attention that several exhibits to said brief should have been made under seal and/or redacted.  Namely, the brief includes an unredacted portion of Defendant Joseph Diekemper's Presentence Investigation Report from *United States of America v. Joseph Diekemper*, 08-cr-30139-GPM, as well as unredacted copies of several checks written by Joseph Diekemper on an account shared with Defendant Margaret Diekemper.

The unsealed and unredacted filing of these documents is in clear violation of this Court's E-Filing Rules, particularly Rule 6 (PDF available at http://www.ilsd.uscourts.gov/ cm_ecf.html).  All attorneys must agree that they have read said rules and will abide by the terms and conditions thereof before they can enter their appearance or otherwise file with this Court.  As such, the Court admonishes plaintiff's counsel that such improper filing will not be tolerated in the future, especially since it is not the Court's responsibility to ensure that information is properly sealed and/or redacted.

For the foregoing reasons, the Court **DIRECTS** the Clerk of Court to **STRIKE** Eggmann's Reply (Doc. 106) and **REMOVE** its exhibits from the docket sheet.  Further, Eggmann shall file a reply brief with appropriately sealed and redacted exhibits **no later than May 11, 2010**.

**IT IS SO ORDERED.**
**DATED: May 10, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
