UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT E. EGGMANN, *in his capacity as Trustee of the Estate of Joseph W. Diekemper and Margaret A. Diekemper*,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES RICHARD MYERS, *a natural person, et al.*,<br><br>  Defendants. | Civil Case No. 08-cv-757-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own initiative for purposes of case management.

Kyle Christopher Oehmke, Law Clerk to the Honorable J. Phil Gilbert, recently discovered that he has a personal conflict of interest with respect to this case. Accordingly, the Court **RECUSES** Oehmke from further involvement in this matter.

**IT IS SO ORDERED**
**DATED: April 18, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
