UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT E. EGGMANN, in his capacity as Trustee of the Estate of Joseph W. Diekemper and Margaret A. Diekemper, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-cv-757-JPG |
| | ) | |
| JAMES RICHARD MYERS, a natural person; LEFEVRE, OLDFIELD, MYERS, APKE & PAYNE LAW GROUP LTD., an Illinois corporation; JOSEPH W. DIEKEMPER, a natural person; MARGARET A. DIEKEMPER, a natural person; and RAY L. HOLCOMB, a natural person, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

This matter having come before the Court, and Plaintiff Robert Eggmann having settled with some Defendants and having voluntarily dismissed the other Defendants,

IT IS HEREBY ORDERED AND ADJUDGED that Defendants James Richard Myers, LeFevre, Oldfield, Myers, Apke & Payne Law Group Ltd, and Ray Holcomb are dismissed from this matter with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Defendants Joseph Diekemper and Margaret Diekemper are dismissed from this matter without prejudice.

**DATED: June 14, 2011**

**NANCY ROSENSTENGEL**

**By:s/Deborah Agans, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**